FILED

09 APR 29 AM 11:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 1996 DINA COMMERCIAL BUS<br>CA LICENSE NO. 8J00962,<br>VIN 3ABBBFHA9TS001120,<br>ITS TOOLS AND APPURTENANCES,<br><br>    Defendant. | Civil Case No. 09cv887-JM-POR<br><br>ORDER APPOINTING UNITED<br>STATES CUSTOMS AND BORDER<br>PROTECTION AS CUSTODIAN |

    Upon a motion by plaintiff, United States of America, and it appearing that the Bureau of Customs and Border Protection ("CBP"), United States Department of Homeland Security has consented to assume responsibility for the custody and maintenance of the defendant vehicle during the time it remains in the custody of this Court under its process herein,

    IT IS HEREBY ORDERED that upon the arrest of the defendant, CBP shall be custodian of the defendant on behalf of this Court until further order.

DATED: 4/28/09

_____
UNITED STATES DISTRICT JUDGE