# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
Plaintiff(s)

**V.**  **DEFAULT JUDGMENT IN A CIVIL CASE**

ONE 1996 DINA COMMERCIAL BUS CA
LICENSE NO. 8J00962, VIN
3ABBBFHA9TS001120, ITS TOOLS AND
APPURTENANCES

**CASE NUMBER:**       09cv887-JM(POR)

Defendant(s)

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED

that judgment be entered in favor of the United States of America.................................................................
......................................................................................................................................................................

August 5, 2009

Date

W. Samuel Hamrick, Jr.

Clerk

S/ T. Lee

(By)
        Deputy Clerk
ENTERED ON August 5, 2009